IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> VS. <br><br> FREDRICK A. CUNNINGHAM, <br> Supervised Releasee | NO. 5: 07-MJ-01-01 (CWH) <br><br> **Violation of Conditions of Supervised Release** <br> **NO. 98-CR-77-C-01 — W.D. WISCONSIN** |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the WESTERN DISTRICT OF WISCONSIN charging **FREDRICK A. CUNNINGHAM** with violation of the terms of his sentence of supervised release entered in that district on December 16, 1998, and said supervised releasee having been arrested in the Middle District of Georgia;

At an appearance this day before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, said supervised releasee was advised of allegations pending against him in the WESTERN DISTRICT OF WISCONSIN and of his legal and constitutional rights. He was represented by Mr. Doye Green, Jr., of the Macon Bar by appointment of the court. Proper documentation was presented to the court and provided to the supervised releasee and counsel. The supervised releasee admitted his identity; therefore, removal to the district of prosecution is appropriate.

The government requests detention in this case. Counsel for the supervised releasee advised that his client did not wish to contest detention in this district but wished to reserve his right to have the issue of detention considered in the district of prosecution. Accordingly, the undersigned finds that conditions of release, if appropriate, may be considered by the judicial officer presiding in the WESTERN DISTRICT OF WISCONSIN upon Mr. Cunningham's appearance in that district, the supervised releasee specifically **reserving his right to a detention hearing** in that district.

Accordingly, YOU ARE HEREBY COMMANDED to **TEMPORARILY DETAIN** the said **FREDRICK A. CUNNINGHAM** and to **REMOVE** him forthwith to the WESTERN DISTRICT OF WISCONSIN and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 8th day of JANUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

## RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____, 2007, and executed same.

_____
DEPUTY U. S. MARSHAL